UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANIKA D. PITTS** | **CASE NO.  13-3037** |
| **VERSUS** | **SECTION** |
| | **JUDGE** |
| **FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY** | **MAGISTRATE** |

## COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, ANIKA D. PITTS, who respectfully submits the following:

### PARTIES

**I.**

Petitioner herein, ANIKA D. PITTS, is a person of the full age of majority and domiciled in the Parish of St. John the Baptist, State of Louisiana, who at all times relevant herein was the owner of the residence at 80 Derek Lane, LaPlace, Louisiana 70068.

**II.**

Made Defendant herein, FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY, a foreign insurance company authorized and presently doing business in the Parish of St. John the Baptist, State of Louisiana.

**III.**

At all times relevant, Defendant, FIDELITY NATIONAL INDEMNITY INSURANCE

COMPANY, was a Write-Your-Own ("WYO") Program Carrier participating in the U. S. Government National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, providing flood insurance coverage for Petitioner under policy number 171150609732. The policy limits for the flood policy is $250,000.00 for Building and $60,800.00 for Contents.

## JURISDICTION

### IV.

This Honorable Court has jurisdiction pursuant to 28 U.S.C.A. § 1331 as the dispute involves a federal question and pursuant to 28 U.S.C.A. § 1332 with diversity of citizenship with the amount in controversy exceeding $75,000.00.

## FACTS

### V.

On August 29, 2012, Hurricane Isaac caused substantial flood damages to the residence at 80 Derek Lane, LaPlace, Louisiana 70068, including but not limited to damages to the exterior and interior of the residence.

### VI.

As a result of the flood damages to the insured residence, Plaintiff sustained substantial losses from flood to the Building and Contents of the insured premises.

### VII.

Plaintiff filed a flood claim with FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY for the flood damages for the property at 80 Derek Lane, LaPlace, Louisiana 70068. The applicable claim number is 12-0003749. Initially, FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY submitted a deficient tender of $40,644.88 for damages to Building. Said tender for flood damage was deficient in scope of repairs, as well as unit pricing, labor cost and

material cost.  Further, Defendant submitted deficient payment of Contents.  The payment of Contents was deficient and depreciation applied was excessive.

## VIII.

On February 1, 2013, Plaintiff submitted FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY an estimate totaling the $119,758.60 from a Louisiana licensed contractor for flood damage sustained by the insured residence and on accompanying Sworn Proof of Loss preserving the right to file a supplemental claim for Structure and Contents.  Accordingly, Petitioner submitted a supplemental flood claim to FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY for an additional payment for Structure totaling $119,758.60 less prior payment and supplemental payment for Contents.

## CAUSES OF ACTION

## IX.

Further, Plaintiff submitted a supplemental claim preserved by an accompanying Proof of Loss for additional payment for Contents up to $60,800.00.  However, Defendant failed to respond to the supplemental claims for Building and/or Contents.

## X.

Based on the conduct and action of Defendant insurer FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY, Plaintiff has the following causes of action against said Defendant:

    i.     Breach of insurance contract;

    ii.    Failure to tender payment for casualty losses; and

    iii.   Other causes of action that will be determined at trial.

## XI.

Plaintiff is entitled to the following elements of damages for the cause of actions previously

mentioned:

    i.       Reimbursement of flood damages to Structure;

    ii.      Reimbursement of flood damages to Contents;

    iii.     Court costs; and

    iv.     Any relief which this Honorable Court deems fair and equitable.

**WHEREFORE,** Plaintiff, ANIKA D. PITTS, prays that Defendant be duly cited to appear and answer this Complaint for Damages, and, after legal delays and due proceedings had, there be judgment herein in favor of Plaintiff and against the Defendant, FIDELITY NATIONAL INDEMNITY INSURANCE COMPANY in its capacity as WYO Carrier for NFIP, in a reasonable amount to be determined by this Honorable Court for the damages sustained by Plaintiff, together with special damages, penalties, court costs, attorneys fees, together with legal interest from date of judicial demand and for all general and equitable relief.

                                    Respectfully submitted:

                                      */s/ J. Douglas Sunseri*
                                      _____
                                      **J. DOUGLAS SUNSERI [#19173]**
                                      **EDWARD C. VOCKE, IV [#22882]**
                                      **NICAUD&, SUNSERI L.L.C.**
                                      A Group of Professional Corporations
                                      3000 18th Street
                                      Metairie, Louisiana 70002-4903
                                      Telephone: (504) 837-1304
                                      Facsimile:  (504) 833-2843
                                      Email:  jdsunseri@nslawla.com
                                                evocke@nslawla.com

                                      Attorneys for Petitioner, ANIKA D. PITTS